**F I L E D**
CLERK, U.S. DISTRICT COURT

04/13/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:22-cr-00042-DOC |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death] |
| ANTHONY BERNARD FENDER, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about March 9, 2021, in Orange County, within the Central District of California, defendant ANTHONY BERNARD FENDER knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II narcotic drug controlled substance, use of which substance resulted in the death and serious bodily injury of victim M.D.

Prior to committing the offense alleged in this Count, defendant FENDER had been finally convicted of Possession of Narcotic Controlled Substance, in violation of California Health and Safety

1  Code Section 11350(a), in the Superior Court of the State of

2  California, County of Orange, case number 13NF0234, on or about March

3  1, 2013, a felony drug offense, as that term is defined and used in

4  Title 21, United States Code, Sections 802(44), 841, and 851.

5

6                              A TRUE BILL

7

8                              /S/

                              _____

9                              Foreperson

10  TRACY L. WILKISON
    United States Attorney

11

12

13  SCOTT M. GARRINGER
    Assistant United States Attorney
14  Chief, Criminal Division

15  BENJAMIN R. BARRON
    Assistant United States Attorney
16  Chief, Santa Ana Branch Office

17  BRADLEY E. MARRETT
    Assistant United States Attorney
18  Deputy Chief,
    Santa Ana Branch Office
19

20

21

22

23

24

25

26

27

28